# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. S.,[1] <br><br> Plaintiff, <br> v. <br><br> FRANK BISIGNANO,[2] <br> Commissioner of Social Security Administration, <br><br> Defendant. | Case No. 2:25-cv-01809-KK-AJR <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Opening Brief, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court has considered Plaintiff's Objection to Report and Recommendation (the "Objections") and conducted a *de novo* review of those portions of the Report and Recommendation to which Plaintiff objected. Having conducted a *de novo* review, Plaintiff's Objections do not cause this Court

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court substitutes Commissioner Frank Bisignano as the Defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

to alter or modify the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered AFFIRMING the decision of the Commissioner of the Social Security Administration.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 17, 2025

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2