JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. S.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO,[2] <br> Commissioner of Social Security Administration, <br><br> Defendant. | Case No. 2:25-cv-01809-KK-AJR <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

\\

\\

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court substitutes Commissioner Frank Bisignano as the Defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration be AFFIRMED.

DATED: September 17, 2025

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE